UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 24-CR-457 (ABJ) |
| v. : | |
| : | |
| ERIC COUNCIL JR., : | |
| : | |
| Defendant. : | |

**JOINT MOTION TO CONTINUE FILING DEADLINES**

The parties respectfully request that the Court continue the filing deadline for sentencing memorandum currently set for today, May 9, 2025. As of May 9, 2025 at 10:25 a.m. the final PSR has not yet been completed or filed. The parties therefore request additional time to review the PSR before drafting and filing sentencing memorandum. The parties propose a new filing deadline of May 13, 2025 by 12:00 p.m. with any responses due by May 14, 2025 at 5:00 p.m.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar Number 481866

By:   */s/ Kevin L. Rosenberg*
Kevin L. Rosenberg
Assistant United States Attorney
Ohio Bar Number 0081448
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7833
Email: Kevin.Rosenberg@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 24-CR-457 (ABJ) |
| v. | : | |
| | : | |
| ERIC COUNCIL JR., | : | |
| | : | |
| **Defendant.** | : | |

**[Proposed] ORDER**

Based on the representations in the Joint Motion to Continue Filing Deadlines, and for good cause shown, it is hereby;

**ORDERED** that the parties shall file their sentencing memorandum on or before May 13, 2025 at 12:00 p.m., and further,

**ORDERED** that any responsive sentencing memorandum be filed by May 14, 2025 at 5:00 p.m.

_____
JUDGE AMY BERMAN JACKSON
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

2