

**SWISS NYX**  (644460449)

no

11 Jun 2024 - 13:21:11 Central Daylight Time
Message ID: 384

**ronin**  (AGiantSchnauzer 6405392698)

It starts there fr

11 Jun 2024 - 13:21:21 Central Daylight Time
Message ID: 385

**ronin**  (AGiantSchnauzer 6405392698)

All I can sasayy is

11 Jun 2024 - 13:21:29 Central Daylight Time
Message ID: 386

**ronin**  (AGiantSchnauzer 6405392698)

That's how I started scamming

11 Jun 2024 - 13:21:36 Central Daylight Time
Message ID: 387

**ronin**  (AGiantSchnauzer 6405392698)

Reselling those

11 Jun 2024 - 13:22:01 Central Daylight Time
Message ID: 388

**SWISS NYX**  (644460449)

ohhhh

11 Jun 2024 - 13:22:04 Central Daylight Time
Message ID: 389

**ronin**  (AGiantSchnauzer 6405392698)

But when I lost my job

11 Jun 2024 - 13:22:07 Central Daylight Time
Message ID: 390

**ronin**  (AGiantSchnauzer 6405392698)

I turned to iphone pick ups

11 Jun 2024 - 13:22:18 Central Daylight Time
Message ID: 391

**ronin**  (AGiantSchnauzer 6405392698)

But I hated those so much

11 Jun 2024 - 13:22:22 Central Daylight Time
Message ID: 392

**ronin**  (AGiantSchnauzer 6405392698)

So nick put me on swaps

11 Jun 2024 - 13:22:22 Central Daylight Time

**ronin** (AGiantSchnauzer 6405392698)

Ended up liking swaps a lot better and was decent at it

11 Jun 2024 - 13:22:43 Central Daylight Time

Message ID: 394

**ronin** (AGiantSchnauzer 6405392698)

Me and nick fall of

11 Jun 2024 - 13:23:58 Central Daylight Time

Message ID: 395

**ronin** (AGiantSchnauzer 6405392698)

And I was desperate for more work

11 Jun 2024 - 13:24:21 Central Daylight Time

Message ID: 396

**ronin** (AGiantSchnauzer 6405392698)

Hit everybody up

11 Jun 2024 - 13:24:41 Central Daylight Time

Message ID: 397

**ronin** (AGiantSchnauzer 6405392698)

Nobody would hit me back or ignore me cuz of what nick was saying about me

11 Jun 2024 - 13:25:01 Central Daylight Time

Message ID: 398

**SWISS NYX** (644460449)

yeah he told me

11 Jun 2024 - 13:25:19 Central Daylight Time

Message ID: 399

**SWISS NYX** (644460449)

hella shit

11 Jun 2024 - 13:25:21 Central Daylight Time

Message ID: 400

**SWISS NYX** (644460449)

I ignored it all

11 Jun 2024 - 13:25:25 Central Daylight Time

Message ID: 401

**ronin** (AGiantSchnauzer 6405392698)

Only reason why I first hit you up

11 Jun 2024 - 13:25:26 Central Daylight Time

Message ID: 402

**ronin** (AGiantSchnauzer 6405392698)

And asked for 2400 was cuz that I found out the average price for a swap

11 Jun 2024 - 13:25:45 Central Daylight Time

Message ID: 403

**ronin** (AGiantSchnauzer 6405392698)

And I was being severely underpaid

11 Jun 2024 - 13:25:51 Central Daylight Time

Message ID: 404

**ronin** (AGiantSchnauzer 6405392698)

So he told me to ask u for that amount

11 Jun 2024 - 13:26:00 Central Daylight Time

Message ID: 405

**SWISS NYX** (644460449)

wow

11 Jun 2024 - 13:26:15 Central Daylight Time

Message ID: 406

**ronin** (AGiantSchnauzer 6405392698)

But when u said 1200 I was like shit

11 Jun 2024 - 13:26:21 Central Daylight Time

Message ID: 407

**ronin** (AGiantSchnauzer 6405392698)

Fucking better than 500

11 Jun 2024 - 13:26:26 Central Daylight Time

Message ID: 408

**SWISS NYX** (644460449)

lmaoo

11 Jun 2024 - 13:26:31 Central Daylight Time

Message ID: 409

**SWISS NYX** (644460449)

ive charged 3k a swap

11 Jun 2024 - 13:26:40 Central Daylight Time

Message ID: 410

**ronin** (AGiantSchnauzer 6405392698)

Shit was like getting paid over double and getting promoted

11 Jun 2024 - 13:26:53 Central Daylight Time

Message ID: 411

**ronin**  (AGiantSchnauzer 6405392698)

Idk what he said about me

11 Jun 2024 – 13:27:34 Central Daylight Time
Message ID: 412

**ronin**  (AGiantSchnauzer 6405392698)

But when it rlly comes down to it bro was saying a lot of things and making promises he had no intentions on coming thru on

11 Jun 2024 – 13:28:11 Central Daylight Time
Message ID: 413

**ronin**  (AGiantSchnauzer 6405392698)

Saying he would pay double for this, pay for this and that

11 Jun 2024 – 13:28:48 Central Daylight Time
Message ID: 414

**ronin**  (AGiantSchnauzer 6405392698)

He wouldn't, it was 500 per activation straight and he wouldn't pay me on anything

11 Jun 2024 – 13:29:41 Central Daylight Time
Message ID: 415

**ronin**  (AGiantSchnauzer 6405392698)

Meanwhile he's offering his friend $1500

11 Jun 2024 – 13:29:54 Central Daylight Time
Message ID: 416

**SWISS NYX**  (644460449)

lool

11 Jun 2024 – 13:30:18 Central Daylight Time
Message ID: 417

**ronin**  (AGiantSchnauzer 6405392698)

So when I saw that yeah I was extremely disrespectful and it was like you don't even see me as a person fr

11 Jun 2024 – 13:30:23 Central Daylight Time
Message ID: 418

**ronin**  (AGiantSchnauzer 6405392698)

Bro would talk to me about his life for so long and so deep

11 Jun 2024 – 13:31:51 Central Daylight Time
Message ID: 419

**ronin**  (AGiantSchnauzer 6405392698)

to be a crash dummy lol

11 Jun 2024 – 13:32:56 Central Daylight Time
Message ID: 420

**ronin**  (AGiantSchnauzer 6405392698)

Because I really did grow to like him in Jacksonville

11 Jun 2024 – 13:33:27 Central Daylight Time
Message ID: 421

**SWISS NYX**  (644460449)

bro

11 Jun 2024 – 13:34:22 Central Daylight Time
Message ID: 422

**SWISS NYX**  (644460449)

I have a video still

11 Jun 2024 – 13:34:32 Central Daylight Time
Message ID: 423

**SWISS NYX**  (644460449)

of him crying and shit

11 Jun 2024 – 13:34:34 Central Daylight Time
Message ID: 424

**ronin**  (AGiantSchnauzer 6405392698)

Bro def was a cry baby

11 Jun 2024 – 13:35:03 Central Daylight Time
Message ID: 425

**ronin**  (AGiantSchnauzer 6405392698)

But ngl

11 Jun 2024 – 13:35:44 Central Daylight Time
Message ID: 426

**ronin**  (AGiantSchnauzer 6405392698)

Me forming one sided friendships have been a common thing w me

11 Jun 2024 – 13:36:06 Central Daylight Time
Message ID: 427

**ronin**  (AGiantSchnauzer 6405392698)

Like going hard for a person just to find out they're like "mehhh" to you

11 Jun 2024 – 13:36:31 Central Daylight Time
Message ID: 428

**ronin**  (AGiantSchnauzer 6405392698)

Sometimes people are just fake and u can't help that but

11 Jun 2024 – 13:36:55 Central Daylight Time
Message ID: 429

**ronin**  (AGiantSchnauzer 6405392698)

When it's common and happens you question ur self

11 Jun 2024 – 13:37:08 Central Daylight Time

Message ID: 430

**ronin**  (AGiantSchnauzer 6405392698)

Like "damn am I really that green?"

11 Jun 2024 - 13:37:19 Central Daylight Time
Message ID: 431

**SWISS NYX**  (644460449)

LOL

11 Jun 2024 - 13:37:43 Central Daylight Time
Message ID: 432

**ronin**  (AGiantSchnauzer 6405392698)

U feel me?

11 Jun 2024 - 13:38:14 Central Daylight Time
Message ID: 433

**SWISS NYX**  (644460449)

yh

11 Jun 2024 - 13:38:19 Central Daylight Time
Message ID: 434

**SWISS NYX**  (644460449)

I know what you're saying

11 Jun 2024 - 13:38:24 Central Daylight Time
Message ID: 435

**SWISS NYX**  (644460449)

OK

11 Jun 2024 - 13:46:57 Central Daylight Time
Message ID: 436

**SWISS NYX**  (644460449)

I have an att

11 Jun 2024 - 13:46:58 Central Daylight Time
Message ID: 437

**ronin**  (AGiantSchnauzer 6405392698)

name?

11 Jun 2024 - 13:48:22 Central Daylight Time
Message ID: 438

**SWISS NYX** (644460449)

JOHN FUNCHION

11 Jun 2024 - 13:48:48 Central Daylight Time
Message ID: 439

**ronin** (AGiantSchnauzer 6405392698)

ok

11 Jun 2024 - 13:49:00 Central Daylight Time
Message ID: 440

**SWISS NYX** (644460449)

yay or nay

11 Jun 2024 - 13:49:00 Central Daylight Time
Message ID: 441

**ronin** (AGiantSchnauzer 6405392698)

yeah

11 Jun 2024 - 13:49:04 Central Daylight Time
Message ID: 442

**SWISS NYX** (644460449)

need to pay balance off in att

11 Jun 2024 - 13:49:07 Central Daylight Time
Message ID: 443

**ronin** (AGiantSchnauzer 6405392698)

so

11 Jun 2024 - 13:49:07 Central Daylight Time
Message ID: 444

**SWISS NYX** (644460449)

then go swap at apple

11 Jun 2024 - 13:49:13 Central Daylight Time
Message ID: 445

**ronin** (AGiantSchnauzer 6405392698)

has anybody called in?

11 Jun 2024 - 13:49:17 Central Daylight Time
Message ID: 446

**SWISS NYX** (644460449)

called in for what

11 Jun 2024 - 13:49:21 Central Daylight Time
Message ID: 447

**SWISS NYX**  (644460449)

dont need to do that

11 Jun 2024 - 13:49:24 Central Daylight Time
Message ID: 448

**SWISS NYX**  (644460449)

on fresh lookups

11 Jun 2024 - 13:49:26 Central Daylight Time
Message ID: 449

**ronin**  (AGiantSchnauzer 6405392698)

ok

11 Jun 2024 - 13:49:30 Central Daylight Time
Message ID: 450

**SWISS NYX**  (644460449)

thats only once inny gets burnt

11 Jun 2024 - 13:49:34 Central Daylight Time
Message ID: 451

**SWISS NYX**  (644460449)

this lookup is from

11 Jun 2024 - 13:49:37 Central Daylight Time
Message ID: 452

**SWISS NYX**  (644460449)

10 minutes ago

11 Jun 2024 - 13:49:39 Central Daylight Time
Message ID: 453

**SWISS NYX**  (644460449)

lmk

11 Jun 2024 - 13:49:40 Central Daylight Time
Message ID: 454

ronin  (AGiantSchnauzer 6405392698)

ok

11 Jun 2024 - 13:49:47 Central Daylight Time
Message ID: 455

ronin  (AGiantSchnauzer 6405392698)

how much needs to be paid off?

11 Jun 2024 - 13:49:58 Central Daylight Time
Message ID: 456

SWISS NYX  (644460449)

like 400

11 Jun 2024 - 13:50:05 Central Daylight Time
Message ID: 457

ronin  (AGiantSchnauzer 6405392698)

what phone i gotta get?

11 Jun 2024 - 13:50:39 Central Daylight Time
Message ID: 458

SWISS NYX  (644460449)

iphone 15

11 Jun 2024 - 13:51:08 Central Daylight Time
Message ID: 459

ronin  (AGiantSchnauzer 6405392698)

alright

11 Jun 2024 - 13:51:33 Central Daylight Time
Message ID: 460

ronin  (AGiantSchnauzer 6405392698)

ur down to do this?

11 Jun 2024 - 13:51:47 Central Daylight Time
Message ID: 461

SWISS NYX  (644460449)

I have faith in you

11 Jun 2024 - 13:51:56 Central Daylight Time
Message ID: 462

ronin  (AGiantSchnauzer 6405392698)

alrighty

11 Jun 2024 - 13:52:46 Central Daylight Time
Message ID: 463

ronin  (AGiantSchnauzer 6405392698)

I'm ready

11 Jun 2024 - 14:50:44 Central Daylight Time
Message ID: 483

**ronin**  (AGiantSchnauzer 6405392698)

I'd is printed

11 Jun 2024 - 14:50:49 Central Daylight Time
Message ID: 484

**ronin**  (AGiantSchnauzer 6405392698)

User Action: MessageActionPhoneCall

call_id: 906420808652177536 9

video: False

reason: {'_': 'PhoneCallDiscardReasonMissed'}

duration: None

11 Jun 2024 - 14:52:46 Central Daylight Time
Message ID: 485

**ronin**  (AGiantSchnauzer 6405392698)

Yo

11 Jun 2024 - 14:59:16 Central Daylight Time
Message ID: 489

**ronin**  (AGiantSchnauzer 6405392698)

User Action: MessageActionPhoneCall

call_id: 9064208086520236982

video: False

reason: {'_': 'PhoneCallDiscardReasonMissed'}

duration: None

11 Jun 2024 - 14:59:19 Central Daylight Time
Message ID: 490

**SWISS NYX**  (644460449)

yo

11 Jun 2024 - 14:59:19 Central Daylight Time
Message ID: 491

**ronin**  (AGiantSchnauzer 6405392698)

How much

11 Jun 2024 - 14:59:48 Central Daylight Time
Message ID: 492

**SWISS NYX**  (644460449)

wym

11 Jun 2024 - 15:00:32 Central Daylight Time
Message ID: 493

**ronin**  (AGiantSchnauzer 6405392698)

So I guess 400 + 910 ?

11 Jun 2024 - 15:01:04 Central Daylight Time
Message ID: 494

**SWISS NYX**  (644460449)

ya

11 Jun 2024 - 15:01:17 Central Daylight Time
Message ID: 495

**ronin**  (AGiantSchnauzer 6405392698)

Ight

11 Jun 2024 - 15:01:37 Central Daylight Time
Message ID: 496

**ronin**  (AGiantSchnauzer 6405392698)

bc1qeptyutqmw5ppmek04z8f0d8c373n0gmmup5fjf

11 Jun 2024 - 15:01:51 Central Daylight Time
Message ID: 497

**SWISS NYX**  (644460449)

show me u printed the id

11 Jun 2024 - 15:02:06 Central Daylight Time
Message ID: 498

**ronin**  (AGiantSchnauzer 6405392698)

There's a delivery store I can get at all that off for a fee

11 Jun 2024 - 15:02:06 Central Daylight Time
Message ID: 499

**SWISS NYX**  (644460449)

cause last. Isaw

11 Jun 2024 - 15:02:10 Central Daylight Time
Message ID: 500

**SWISS NYX**  (644460449)

u threw it away

11 Jun 2024 - 15:02:14 Central Daylight Time
Message ID: 501

**ronin**  (AGiantSchnauzer 6405392698)

I'm suprised it works

11 Jun 2024 - 15:02:41 Central Daylight Time
Message ID: 502

**ronin**  (AGiantSchnauzer 6405392698)

Considering my last one broke for no reason

11 Jun 2024 - 15:02:49 Central Daylight Time
Message ID: 504

**ronin**  (AGiantSchnauzer 6405392698)

But u know I'm better than that

11 Jun 2024 - 15:03:45 Central Daylight Time
Message ID: 505

**ronin**  (AGiantSchnauzer 6405392698)

To scam you

11 Jun 2024 - 15:03:58 Central Daylight Time
Message ID: 508

**ronin**  (AGiantSchnauzer 6405392698)

- 20 social score

11 Jun 2024 - 15:04:04 Central Daylight Time
Message ID: 509

**SWISS NYX**  (644460449)

so send you 1400?

11 Jun 2024 - 15:04:16 Central Daylight Time
Message ID: 510

**ronin**  (AGiantSchnauzer 6405392698)

Can u do 1500

11 Jun 2024 - 15:05:08 Central Daylight Time
Message ID: 512

**ronin**  (AGiantSchnauzer 6405392698)

In case of Birmingham

11 Jun 2024 - 15:05:12 Central Daylight Time
Message ID: 513

**SWISS NYX**  (644460449)

wym

11 Jun 2024 - 15:05:15 Central Daylight Time
Message ID: 514

**ronin**  (AGiantSchnauzer 6405392698)

Fallback

11 Jun 2024 - 15:05:16 Central Daylight Time
Message ID: 515

**SWISS NYX** (644460449)

by that

11 Jun 2024 - 15:05:16 Central Daylight Time
Message ID: 516

**ronin** (AGiantSchnauzer 6405392698)

If I have to go to Birmingham

11 Jun 2024 - 15:05:24 Central Daylight Time
Message ID: 517

**ronin** (AGiantSchnauzer 6405392698)

I could get there

11 Jun 2024 - 15:05:33 Central Daylight Time
Message ID: 518

**ronin** (AGiantSchnauzer 6405392698)

W gas money

11 Jun 2024 - 15:05:45 Central Daylight Time
Message ID: 519

**ronin** (AGiantSchnauzer 6405392698)

Cus it's 60 dollars for a gas round trip

11 Jun 2024 - 15:05:54 Central Daylight Time
Message ID: 520

**SWISS NYX** (644460449)

u better come through on this bro fr

11 Jun 2024 - 15:06:04 Central Daylight Time
Message ID: 521

**ronin** (AGiantSchnauzer 6405392698)

There should be no reason

11 Jun 2024 - 15:06:14 Central Daylight Time
Message ID: 522

**ronin** (AGiantSchnauzer 6405392698)

I know att store employee so

11 Jun 2024 - 15:06:20 Central Daylight Time
Message ID: 523

**SWISS NYX** (644460449)

Pending

Sending...                                          0.02227406

Date
06/11/2024 4:06 PM

Transaction ID
20d6ce392764478a3ed54fa7e0a57f235eebd0

Fee
0.00006266 BTC

To
bc1qeptyutqmw5ppmek04z8f0d8c373n0gmmup5fjf    $1,500.00

Now

Personal note

11 Jun 2024 - 15:06:21 Central Daylight Time
Message ID: 524

**ronin**  (AGiantSchnauzer 6405392698)
This should be smooth
11 Jun 2024 - 15:06:24 Central Daylight Time
Message ID: 525

**ronin**  (AGiantSchnauzer 6405392698)
This dude cause all these guys to hit us
11 Jun 2024 - 16:28:50 Central Daylight Time
Message ID: 527

**ronin**  (AGiantSchnauzer 6405392698)
He put his turn signal on at the last second
11 Jun 2024 - 16:29:12 Central Daylight Time
Message ID: 528

**SWISS NYX**  (644460449)
bro
11 Jun 2024 - 16:30:50 Central Daylight Time
Message ID: 529

**SWISS NYX**  (644460449)
is that your car?
11 Jun 2024 - 16:31:08 Central Daylight Time
Message ID: 530

**ronin**  (AGiantSchnauzer 6405392698)
Yes
11 Jun 2024 - 16:38:13 Central Daylight Time
Message ID: 532

**ronin**  (AGiantSchnauzer 6405392698)
The best thing of the situation was that I'm not at fault
11 Jun 2024 - 16:51:23 Central Daylight Time
Message ID: 534

**SWISS NYX**  (644460449)
so gg for today?
11 Jun 2024 - 17:00:19 Central Daylight Time
Message ID: 540

**SWISS NYX** (644460449)

bro

11 Jun 2024 - 17:05:03 Central Daylight Time
Message ID: 541

**SWISS NYX** (644460449)

are you gonna do it today

11 Jun 2024 - 17:05:12 Central Daylight Time
Message ID: 542

**SWISS NYX** (644460449)

yes or no

11 Jun 2024 - 17:05:13 Central Daylight Time
Message ID: 543

**SWISS NYX** (644460449)

User Action: MessageActionPhoneCall

call_id: 2767936552119362121

video: False

reason: {'_': 'PhoneCallDiscardReasonMissed'}

duration: None

11 Jun 2024 - 17:07:39 Central Daylight Time
Message ID: 544

**SWISS NYX** (644460449)

yo man

11 Jun 2024 - 17:07:41 Central Daylight Time
Message ID: 545

**SWISS NYX** (644460449)

I need a tmo done in apple as well

11 Jun 2024 - 17:08:30 Central Daylight Time
Message ID: 546

**SWISS NYX** (644460449)

how soon can u get to a store frfrfr

**ronin**  (AGiantSchnauzer 6405392698)

I'm still at the scene bro

11 Jun 2024 - 17:08:47 Central Daylight Time
Message ID: 548

**ronin**  (AGiantSchnauzer 6405392698)

His car is totaled

11 Jun 2024 - 17:08:51 Central Daylight Time
Message ID: 549

**SWISS NYX**  (644460449)

who his

11 Jun 2024 - 17:08:56 Central Daylight Time
Message ID: 550

**SWISS NYX**  (644460449)

bro

11 Jun 2024 - 17:09:20 Central Daylight Time
Message ID: 551

**SWISS NYX**  (644460449)

are you gonna make it today

11 Jun 2024 - 17:09:27 Central Daylight Time
Message ID: 552

**SWISS NYX**  (644460449)

be real

11 Jun 2024 - 17:09:28 Central Daylight Time
Message ID: 553

**SWISS NYX**  (644460449)

and be real asf and send the money back rn if you cant cause this isnt cool bro

11 Jun 2024 - 17:09:52 Central Daylight Time
Message ID: 554

**ronin**  (AGiantSchnauzer 6405392698)

Yeah I'll be able to make it

11 Jun 2024 - 17:10:53 Central Daylight Time

ronin  (AGiantSchnauzer 6405392698)

If they hurry up

11 Jun 2024 - 17:10:57 Central Daylight Time
Message ID: 556



SWISS NYX  (644460449)

who they

11 Jun 2024 - 17:11:28 Central Daylight Time
Message ID: 557

ronin  (AGiantSchnauzer 6405392698)

What the fuck do you mean

11 Jun 2024 - 17:16:08 Central Daylight Time
Message ID: 558

ronin  (AGiantSchnauzer 6405392698)

The police officers

11 Jun 2024 - 17:16:11 Central Daylight Time
Message ID: 559

ronin  (AGiantSchnauzer 6405392698)

I'm done now though

11 Jun 2024 - 17:16:17 Central Daylight Time
Message ID: 560

SWISS NYX  (644460449)

wym

11 Jun 2024 - 17:16:22 Central Daylight Time
Message ID: 561

ronin  (AGiantSchnauzer 6405392698)

Bro I got into an accident somebody hit us in the back

11 Jun 2024 - 17:16:46 Central Daylight Time
Message ID: 562

ronin  (AGiantSchnauzer 6405392698)

And a car hit him

11 Jun 2024 - 17:16:51 Central Daylight Time
Message ID: 563

ronin  (AGiantSchnauzer 6405392698)

And totaled

11 Jun 2024 - 17:16:54 Central Daylight Time
Message ID: 564

**SWISS NYX**  (644460449)

I thought

11 Jun 2024 - 17:17:18 Central Daylight Time
Message ID: 565

**SWISS NYX**  (644460449)

someone else's car

11 Jun 2024 - 17:17:23 Central Daylight Time
Message ID: 566

**SWISS NYX**  (644460449)

89012804330370428755

11 Jun 2024 - 18:26:49 Central Daylight Time
Message ID: 628

**SWISS NYX**  (644460449)

correct iccid

11 Jun 2024 - 18:26:51 Central Daylight Time
Message ID: 629

**SWISS NYX**  (644460449)

hey

11 Jun 2024 - 20:11:07 Central Daylight Time
Message ID: 721

**SWISS NYX**  (644460449)

man

11 Jun 2024 - 20:11:08 Central Daylight Time
Message ID: 722

**ronin**  (AGiantSchnauzer 6405392698)

Yes bro

11 Jun 2024 - 20:22:27 Central Daylight Time
Message ID: 723

**ronin**  (AGiantSchnauzer 6405392698)

Rest assured I'm not gonna spend the money

11 Jun 2024 - 20:22:36 Central Daylight Time
Message ID: 724

ronin  (AGiantSchnauzer 6405392698)

But today fucking sucks

11 Jun 2024 - 20:22:42 Central Daylight Time
Message ID: 725

SWISS NYX  (644460449)

partially the innys fault

11 Jun 2024 - 20:22:52 Central Daylight Time
Message ID: 726

SWISS NYX  (644460449)

as well

11 Jun 2024 - 20:22:54 Central Daylight Time
Message ID: 727

ronin  (AGiantSchnauzer 6405392698)

Bro my nearest store is gone :(

11 Jun 2024 - 20:23:07 Central Daylight Time
Message ID: 728

SWISS NYX  (644460449)

bro get her on deck

11 Jun 2024 - 20:23:15 Central Daylight Time
Message ID: 729

SWISS NYX  (644460449)

trust

11 Jun 2024 - 20:23:16 Central Daylight Time
Message ID: 730

ronin  (AGiantSchnauzer 6405392698)

Bro she's probably holding a staff meeting rn

11 Jun 2024 - 20:23:33 Central Daylight Time
Message ID: 731

ronin  (AGiantSchnauzer 6405392698)

She's a pain in the ass

11 Jun 2024 - 20:23:51 Central Daylight Time
Message ID: 732

SWISS NYX  (644460449)

bro

bro

11 Jun 2024 - 20:23:55 Central Daylight Time
Message ID: 733

**SWISS NYX** (644460449)

just catch her outside once on a free day

11 Jun 2024 - 20:24:01 Central Daylight Time
Message ID: 734

**ronin** (AGiantSchnauzer 6405392698)

She's mad at the fact phones are getting burned

11 Jun 2024 - 20:24:02 Central Daylight Time
Message ID: 735

**SWISS NYX** (644460449)

and put some money in her pocket

11 Jun 2024 - 20:24:06 Central Daylight Time
Message ID: 736

**ronin** (AGiantSchnauzer 6405392698)

Luckily our car still runs tho

11 Jun 2024 - 20:24:39 Central Daylight Time
Message ID: 737

**ronin** (AGiantSchnauzer 6405392698)

That I'm grateful

11 Jun 2024 - 20:24:42 Central Daylight Time
Message ID: 738

**SWISS NYX** (644460449)

what's your plan for tomorrow

11 Jun 2024 - 20:35:41 Central Daylight Time
Message ID: 739

**ronin** (AGiantSchnauzer 6405392698)

Birmingham I guess

11 Jun 2024 - 20:38:33 Central Daylight Time
Message ID: 740

**ronin** (AGiantSchnauzer 6405392698)

I have female

11 Jun 2024 - 20:38:36 Central Daylight Time
Message ID: 741

**SWISS NYX** (644460449)

is her face

11 Jun 2024 - 20:40:28 Central Daylight Time
Message ID: 742

**SWISS NYX**  (644460449)

known there

11 Jun 2024 - 20:40:32 Central Daylight Time
Message ID: 743

**SWISS NYX**  (644460449)

in birmingham

11 Jun 2024 - 20:40:34 Central Daylight Time
Message ID: 744

**SWISS NYX**  (644460449)

is your face known there

11 Jun 2024 - 20:40:38 Central Daylight Time
Message ID: 745

**SWISS NYX**  (644460449)

I cant have it keep failing these are time bombs

11 Jun 2024 - 20:40:49 Central Daylight Time
Message ID: 746

**ronin**  (AGiantSchnauzer 6405392698)

No

11 Jun 2024 - 21:10:21 Central Daylight Time
Message ID: 747

**SWISS NYX**  (644460449)

you've been

11 Jun 2024 - 21:10:47 Central Daylight Time
Message ID: 748

**SWISS NYX**  (644460449)

a million time

11 Jun 2024 - 21:10:49 Central Daylight Time
Message ID: 749

**SWISS NYX** (644460449)

to birmingham

11 Jun 2024 - 21:10:53 Central Daylight Time
Message ID: 750

**SWISS NYX** (644460449)

ur gonna have to give me

11 Jun 2024 - 21:22:04 Central Daylight Time
Message ID: 751

**SWISS NYX** (644460449)

a solid plan

11 Jun 2024 - 21:22:06 Central Daylight Time
Message ID: 752

**SWISS NYX** (644460449)

with a guarantee of getting that line tomorrow

11 Jun 2024 - 21:22:15 Central Daylight Time
Message ID: 753

**ronin** (AGiantSchnauzer 6405392698)

Same one?

11 Jun 2024 - 21:38:27 Central Daylight Time
Message ID: 754

**SWISS NYX** (644460449)

what?

11 Jun 2024 - 21:38:42 Central Daylight Time
Message ID: 755

**ronin** (AGiantSchnauzer 6405392698)

The same line?

11 Jun 2024 - 21:38:51 Central Daylight Time
Message ID: 756

**SWISS NYX** (644460449)

yes ofcourse same one u paid the att in att

11 Jun 2024 - 21:38:55 Central Daylight Time
Message ID: 757

**ronin** (AGIantSchnauzer 6405392698)

Yeah I'll just go lol

11 Jun 2024 - 21:39:05 Central Daylight Time
Message ID: 758

**SWISS NYX** (644460449)

wym

11 Jun 2024 - 21:39:08 Central Daylight Time
Message ID: 759

**ronin** (AGIantSchnauzer 6405392698)

I'll just go to Birmingham and do it like I usually do it

11 Jun 2024 - 21:39:29 Central Daylight Time
Message ID: 760

**ronin** (AGIantSchnauzer 6405392698)

I'll even call

11 Jun 2024 - 21:40:19 Central Daylight Time
Message ID: 761

**SWISS NYX** (644460449)

call what?

11 Jun 2024 - 21:40:39 Central Daylight Time
Message ID: 762

**ronin** (AGIantSchnauzer 6405392698)

Att

11 Jun 2024 - 21:40:51 Central Daylight Time
Message ID: 763

**ronin** (AGIantSchnauzer 6405392698)

Carrier auth

11 Jun 2024 - 21:40:58 Central Daylight Time
Message ID: 764

**SWISS NYX** (644460449)

and you're saying

11 Jun 2024 - 21:41:15 Central Daylight Time
Message ID: 765

**SWISS NYX** (644460449)

there's no chance

SWISS NYX  (644460449)

you'll get turned down out there

11 Jun 2024 - 21:41:22 Central Daylight Time
Message ID: 767

SWISS NYX  (644460449)

after driving 2 hrs

11 Jun 2024 - 21:41:25 Central Daylight Time
Message ID: 768

ronin  (AGiantSchnauzer 6405392698)

Not fr

11 Jun 2024 - 21:41:29 Central Daylight Time
Message ID: 769

SWISS NYX  (644460449)

for being a familiar face

11 Jun 2024 - 21:41:30 Central Daylight Time
Message ID: 770

ronin  (AGiantSchnauzer 6405392698)

It's not like I have a choice either bro

11 Jun 2024 - 21:41:43 Central Daylight Time
Message ID: 771

ronin  (AGiantSchnauzer 6405392698)

You can't relocate me

11 Jun 2024 - 21:41:52 Central Daylight Time
Message ID: 772

ronin  (AGiantSchnauzer 6405392698)

I can't relocate myself

11 Jun 2024 - 21:41:57 Central Daylight Time
Message ID: 773

ronin  (AGiantSchnauzer 6405392698)

Plus my fucking car just got rammed into

11 Jun 2024 - 21:42:07 Central Daylight Time
Message ID: 774

ronin  (AGiantSchnauzer 6405392698)

And it's fucked up

11 Jun 2024 - 21:42:10 Central Daylight Time



**SWISS NYX** (644460449)

ur car

11 Jun 2024 - 21:45:34 Central Daylight Time
Message ID: 776

**SWISS NYX** (644460449)

or tees

11 Jun 2024 - 21:45:37 Central Daylight Time
Message ID: 777

**ronin** (AGiantSchnauzer 6405392698)

My car bro

11 Jun 2024 - 21:46:34 Central Daylight Time
Message ID: 778

**ronin** (AGiantSchnauzer 6405392698)

That's technically my car too

11 Jun 2024 - 21:46:43 Central Daylight Time
Message ID: 779

**ronin** (AGiantSchnauzer 6405392698)

Who knows it may just need a new trunk lid

11 Jun 2024 - 21:47:27 Central Daylight Time
Message ID: 780

**ronin** (AGiantSchnauzer 6405392698)

And brake lights

11 Jun 2024 - 21:47:31 Central Daylight Time
Message ID: 781

**ronin** (AGiantSchnauzer 6405392698)

Get it from junkyard

11 Jun 2024 - 21:47:43 Central Daylight Time
Message ID: 782

**SWISS NYX** (644460449)

right

11 Jun 2024 - 21:50:28 Central Daylight Time
Message ID: 783

**SWISS NYX** (644460449)

bro

11 Jun 2024 - 21:50:28 Central Daylight Time
Message ID: 784

**SWISS NYX**  (644460449)

just tell me

11 Jun 2024 - 21:50:30 Central Daylight Time
Message ID: 785

**SWISS NYX**  (644460449)

what time you'd be at the store in birmingham tomorrow

11 Jun 2024 - 21:50:42 Central Daylight Time
Message ID: 786

**SWISS NYX**  (644460449)

I dont need it super early so dont trip

11 Jun 2024 - 21:50:49 Central Daylight Time
Message ID: 787

**ronin**  (AGiantSchnauzer 6405392698)

Do u need female?

11 Jun 2024 - 21:51:03 Central Daylight Time
Message ID: 788

**SWISS NYX**  (644460449)

it can be at 4 pm east

11 Jun 2024 - 21:51:06 Central Daylight Time
Message ID: 789

**ronin**  (AGiantSchnauzer 6405392698)

Can bring her w me

11 Jun 2024 - 21:51:10 Central Daylight Time
Message ID: 790

**SWISS NYX**  (644460449)

im really not sure man

11 Jun 2024 - 21:51:20 Central Daylight Time
Message ID: 791

**SWISS NYX**  (644460449)

let me check

11 Jun 2024 - 21:51:23 Central Daylight Time
Message ID: 792

**SWISS NYX** (644460449)

all the work there is for tomorrow

11 Jun 2024 - 21:51:28 Central Daylight Time
Message ID: 793

**SWISS NYX** (644460449)

how reliable is this female

11 Jun 2024 - 21:53:14 Central Daylight Time
Message ID: 794

**SWISS NYX** (644460449)

to get our shit done

11 Jun 2024 - 21:53:17 Central Daylight Time
Message ID: 795

**ronin** (AGiantSchnauzer 6405392698)

She will go in and do it

11 Jun 2024 - 21:54:08 Central Daylight Time
Message ID: 796

**ronin** (AGiantSchnauzer 6405392698)

She's gonna get evicted

11 Jun 2024 - 21:54:20 Central Daylight Time
Message ID: 797

**SWISS NYX** (644460449)

understood

11 Jun 2024 - 21:54:30 Central Daylight Time
Message ID: 798

**SWISS NYX** (644460449)

so reliable

11 Jun 2024 - 21:54:35 Central Daylight Time
Message ID: 799

**ronin** (AGiantSchnauzer 6405392698)

So she needs it

11 Jun 2024 – 21:54:38 Central Daylight Time
Message ID: 800



**SWISS NYX**  (644460449)

yeah

11 Jun 2024 – 21:54:41 Central Daylight Time
Message ID: 801

**ronin**  (AGiantSchnauzer 6405392698)

Yh

11 Jun 2024 – 21:54:43 Central Daylight Time
Message ID: 802

**SWISS NYX**  (644460449)

how many stores in birmingham

11 Jun 2024 – 22:15:56 Central Daylight Time
Message ID: 805



**SWISS NYX**  (644460449)

ME█████ L D██Z 2095█████ ATT (ghost) femlae

11 Jun 2024 – 22:16:15 Central Daylight Time
Message ID: 806

**SWISS NYX**  (644460449)

female

11 Jun 2024 – 22:16:17 Central Daylight Time
Message ID: 807

**SWISS NYX**  (644460449)

there

11 Jun 2024 – 22:16:17 Central Daylight Time
Message ID: 808

**SWISS NYX**  (644460449)

the problem is

11 Jun 2024 – 22:21:46 Central Daylight Time
Message ID: 816

**SWISS NYX**  (644460449)