He dropped a check in his friends girls back that bounced lol

09 Jun 2024 - 10:49:14 Central Daylight Time

Message ID: 99

**Roman**  (6836148813)

Which escalated his first fed case

09 Jun 2024 - 10:49:20 Central Daylight Time

Message ID: 100

**Roman**  (6836148813)

The same girl who called the cops when they got robbed all that cash

09 Jun 2024 - 10:49:32 Central Daylight Time

Message ID: 101

**Roman**  (6836148813)

My check too

09 Jun 2024 - 10:49:36 Central Daylight Time

Message ID: 102

**ronin**  (AGiantSchnauzer 6405392698)

it sounds good when you dont know ur swapping 500M

09 Jun 2024 - 10:49:37 Central Daylight Time

Message ID: 103

**Roman**  (6836148813)

But he didn't pay me for that smh

09 Jun 2024 - 10:49:41 Central Daylight Time

Message ID: 104

**ronin**  (AGiantSchnauzer 6405392698)

or swapping the feds

09 Jun 2024 - 10:49:42 Central Daylight Time

Message ID: 105

**Roman**  (6836148813)

Yeah lol

09 Jun 2024 - 10:49:49 Central Daylight Time

Message ID: 106

**ronin**  (AGiantSchnauzer 6405392698)

but if you know that ur doing that

09 Jun 2024 - 10:49:58 Central Daylight Time

Message ID: 107

**Roman**  (6836148813)

SEC kinda crazy too

09 Jun 2024 - 10:49:58 Central Daylight Time

Message ID: 108

**ronin**  (AGiantSchnauzer 6405392698)

They're more inclined to say NO

09 Jun 2024 - 10:50:07 Central Daylight Time

**ronin**  (AGiantSchnauzer 6405392698)

and he knows that

09 Jun 2024 - 10:50:10 Central Daylight Time
Message ID: 110

**ronin**  (AGiantSchnauzer 6405392698)

so lets not tell them what theyre doing

09 Jun 2024 - 10:50:16 Central Daylight Time
Message ID: 111

**Roman**  (6836148813)

But it's good it wasn't crypto and they haven't found you yet and usually they would've by now if they wanted to look into it that hard

09 Jun 2024 - 10:50:20 Central Daylight Time
Message ID: 112

**Roman**  (6836148813)

Yeah

09 Jun 2024 - 10:50:26 Central Daylight Time
Message ID: 113

**ronin**  (AGiantSchnauzer 6405392698)

yh bro ngl

09 Jun 2024 - 10:50:34 Central Daylight Time
Message ID: 114

**Roman**  (6836148813)

Nick would say dumb shit to try and cover up

09 Jun 2024 - 10:50:35 Central Daylight Time
Message ID: 115

**ronin**  (AGiantSchnauzer 6405392698)

ur the last person i told that

09 Jun 2024 - 10:50:40 Central Daylight Time
Message ID: 116

**ronin**  (AGiantSchnauzer 6405392698)

that info gotta die w us

09 Jun 2024 - 10:50:43 Central Daylight Time
Message ID: 117

**Roman**  (6836148813)

"I'll be 100% transparent with you bro i promise"

09 Jun 2024 - 10:50:46 Central Daylight Time
Message ID: 118

**Roman**  (6836148813)

Yeah ik

09 Jun 2024 - 10:50:50 Central Daylight Time
Message ID: 119

**ronin**  (AGiantSchnauzer 6405392698)

cuz that shit makes my anxiety sparked

09 Jun 2024 - 10:51:07 Central Daylight Time
Message ID: 120

**ronin**  (AGiantSchnauzer 6405392698)

i didnt even know until rob got indicted tbh

09 Jun 2024 - 10:51:25 Central Daylight Time
Message ID: 121

**Roman**  (6836148813)

I think ur good now it's been 4 months

09 Jun 2024 - 10:51:27 Central Daylight Time
Message ID: 122

**Roman**  (6836148813)

Dang

09 Jun 2024 - 10:51:31 Central Daylight Time
Message ID: 123

**ronin**  (AGiantSchnauzer 6405392698)

then I drew the connections

09 Jun 2024 - 10:51:32 Central Daylight Time
Message ID: 124

**ronin**  (AGiantSchnauzer 6405392698)

but I had the activation photo in my cloud

09 Jun 2024 - 10:51:57 Central Daylight Time
Message ID: 125

**ronin**  (AGiantSchnauzer 6405392698)

and the pic of the MFA code

09 Jun 2024 - 10:52:02 Central Daylight Time
Message ID: 126

**ronin**  (AGiantSchnauzer 6405392698)

like damn lacking really really bad

09 Jun 2024 - 10:52:16 Central Daylight Time
Message ID: 127

**Roman**  (6836148813)

Lol

09 Jun 2024 - 10:52:23 Central Daylight Time
Message ID: 128

**ronin**  (AGiantSchnauzer 6405392698)

shit pissed me off

09 Jun 2024 - 10:52:33 Central Daylight Time
Message ID: 129