IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No.: 24-457-ABJ |
| | ) | |
| | ) | |
| ERIC COUNCIL JR. | ) | |
|     Defendant | ) | |

## DEFENDANT'S POSITION WITH RESPECT TO SENTENCING

COMES NOW the Defendant, ERIC COUNCIL JR., by and through counsel, Dwight E. Crawley, and respectfully requests that this Court impose a sentence of twelve months and one day of incarceration, followed by a term of supervised release. In support of his position, the defendant offers the following:

### I.    The Nature and Circumstances of the Offense

The Defendant incorporates by reference the facts and circumstances proffered by the United States on February 10, 2025, concerning the defendant's role in this matter.

### II.    History and Characteristics of the Defendant

The defendant comes from a two-parent home. Both of his parents supported him throughout his childhood and continue to support him as an adult. He is not married and does not have any children. The defendant admitted to using marijuana daily prior to his arrest, but he has not had any drug or alcohol infractions since his release on pre-trial supervision. According to the defendant, his marijuana use aided him with his mental health struggles.

### III.    The Sentencing Guidelines Range

The defendant and the government resolved this case by plea agreement. The parties agreed to a guideline's calculation of twenty-four months.

A.    **Acceptance of Responsibility**

By pleading guilty, the defendant accepted full responsibility for his conduct.

IV.    **Other 3553(a) Factors**

The defendant and counsel have reviewed the recommendation provided by the United States Probation Office in this case. The probation officer in this case is recommending a sentence of twelve months. The defendant understands this represents a significant variance from the guideline's calculation in the plea agreement. However, the defendant believes that a sentence of twelve months and one day serves the ends of justice in this case. It promotes respect for the law, punishes the defendant for his conduct, and takes into consideration the defendant's criminal history.

As this court is aware, the defendant does not have a criminal history. He has completed some college classes and has been previously employed. In addition, he has significant computer skills. He is a capable individual.

The defendant was not a leader or organizer of this conspiracy. In fact, he worked for others. They would provide him with the necessary details to facilitate the illegal activities involved in the conspiracy.

The defendant's age provides him with ample opportunity to become a more productive citizen. A sentence of twelve months and one day sufficiently punishes him for his conduct. The defendant's incarceration serves as a deterrent to him and others. It promotes respect for the law by establishing real consequences for the defendant's actions.

In addition to a term of incarceration, the defendant's placement on supervised release

allows the court considerable time to monitor his behavior after his release. Supervised release also affords the defendant the opportunity to demonstrate his growth by successfully completing the programs ordered by this court and the defendant's probation officer.

## **CONCLUSION**

A sentence of twelve months and one day serves the ends of justice. It sufficiently punishes the defendant for his role in this case. It also promotes respect for the law and deters future criminal conduct.

Respectfully submitted.

ERIC COUNCIL JR.

/s/

_____

Dwight E. Crawley
DC Bar# 472672
Counsel for the defendant
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(888) 804-1806 Fax
vadclawyer@gmail.com

## CERTIFICATE

I hereby certify that on the 13th day of May 2025; I electronically filed this document through the court's ECF system.

/s/

_____

Dwight E. Crawley