# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 24-CR-457 (ABJ)** |
| | : | |
| **v.** | : | |
| | : | |
| **ERIC COUNCIL, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

## RESPONSE TO COURT'S MINUTE ORDER

The parties submits the following points and authorities in response to the Court's May 13, 2025, minute order. The Court's minute order stated in part that "[t]he Court has been unable to find where it is specified in the indictment, agreed statement of facts, or elsewhere in the record which enumerated felony underlies the charge." May 13, 2025 Minute Order.

As to the first point, access device fraud is the enumerated felony underlying the conspiracy to commit aggravated identity theft.



"Congress provided that a conviction under § 1029(a)(3) [Access Device Fraud] would serve as a predicate offense for aggravated identity theft." *United States v. Lee*, 743 F. App'x 296, 300 (11th Cir. 2018), *See* 18 U.S.C. § 1028A(c)(4).

Title 18, United States Code, Section 1029 provides several means to commit Access Device Fraud. Subsection (a)(1) criminalizes individuals who "knowingly and with intent to defraud produce[], use[], or traffic[] in one or more counterfeit access devices." The Statement of Offense details Mr. Council's agreement to knowingly transfer, possess, or use, without lawful authority, the identity of another (§1028A), during and in relation to the production of counterfeit access devices, those being fraudulent driver's licenses (§1029(a)(1)) ECF Doc. 17, p.7.

Mr. Council received instructions from a co-conspirator with victim C.L.'s full name, what the co-conspirator represented was the last four digits of C.L's Social Security Number (an access device), and an identification card template containing C.L's name with Mr. Council's face on it. (the "C.L. driver's license") *Id*. at 4. Mr. Council used his portable identification printer to print the C.L. driver's license. *Id*. Mr. Council then presented the C.L. driver's license to AT&T store staff in order to obtain a thing of value, a new SIM card linked to the cellular phone number that controlled the Securities and Exchange Commission's X account. Mr. Council used the C.L. driver's license, a counterfeit access device with the intent to defraud AT&T staff that he was an authorized user of the C.L. cellular phone account. Mr. Council's use of C.L.'s identity, the means of identification under §1028A, was during and in relation to the access device fraud and his production and use of the C.L. driver's license. C.L.'s identifying information was critical to the production and use of the access device, C.L.'s driver's license, and completion of the fraud.

Title 18, United States Code, Section 1029(a)(4) also covers individuals who "knowingly, and with intent to defraud, produce[], traffic[] in, ha[ve] control or custody of, or possess[] device-making equipment." The Statement of Offense also supports Mr. Council's involvement in conspiring to knowingly transfer, possess, or use, without lawful authority, the identity of another (§1028A), during and in relation to his possession of device-making equipment, that being his portable identification card printer. ECF Doc. 17, p.6. Law enforcement recovered the portable identification card printer from a search of Mr. Council's residence. *Id*. at 6. Mr. Council used the portable identification card printer to print the C.L. driver's license and a fake identification card found in his automobile in the name of victim B.T. with Mr. Council's face on it. *Id*. at 4,6. Use of C.L.'s identity during and in relation to his use of the portable identification card printer and print the C.L. driver's license.

For these reasons, the parties believe that the Statement of Offense supports the guilty plea of conspiring to commit to commit aggravated identity theft and access device fraud.

Respectfully submitted,

EDWARD MARTIN JR.
United States Attorney
D.C. Bar No. 481866

BY:      */s/ Kevin L. Rosenberg*
Kevin Rosenberg, Ohio Bar 0081448
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 809-5351
Kevin.Rosenberg@usdoj.gov


*/s/ Ashley R. Pungello*

3

Ashley R. Pungello
D.C. Bar No. 1735733
Trial Attorney
Computer Crime & Intellectual Property Section
U.S. Department of Justice
(202) 514-2842